### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DISTRICT

In re   **GRESHA LEIGH WOOD**                    **Case No. 3:24-bk-30117-SHB**

**Chapter 13**

   **Debtor**

---

## MOTION TO SELL REAL PROPERTY

---

Comes the Debtor, Gresha Leigh Wood, by and through Counsel, and would show unto the Court as follows:

1. The Debtor owns a condo and lot located at 804 Olde Pioneer Trail, Apt. 151 Knoxville, TN 37923.

2. The Debtor has received a cash offer to purchase the property from Maria Catalina Pulido in the amount of $312,500.00.

3. The Debtor proposes to sell the property for $312,500.00. The buyer shall pay all closing costs. From the proceeds of the sale, the Debtor proposes to pay the mortgage owed to Lakeview c/o SeviceMac, LLC, with an approximate balance of $219,491.39, the Buyer's Broker in the amount of $6,875.00 (2.2% of purchase price), the Realtor fee in the amount of $10,937.50 (3.5% of purchase price) with sufficient funds to be paid to the Chapter 13 Trustee to pay the bankruptcy case off. The Debtor has retained a realtor. A copy of the Purchase and Sale Agreement is attached hereto as Exhibit A and is incorporated by reference to this Motion.

WHEREFORE, the Debtor prays that after notice and hearing, that the Court approve this sale and authorize the payment of the mortgage owed to Lakeview c/o

SeviceMac, LLC, with sufficient funds to be paid to the Chapter 13 Trustee to pay the

bankruptcy case off.

/s/ Joseph D. McReynolds
Joseph D. McReynolds, #028229
Clark & Washington PC
Attorney for Debtors
408 S. Northshore Drive
Knoxville, TN 37919
(865)  281-8084 (phone)
(678) 990-3707 (fax)
cwknoxville@cw13.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and exact copies of the foregoing
Motion to Sell Real Property, Exhibit A, and Proposed Order has been forwarded to the
following by depositing in the U.S. Mail, postage prepaid, and/or Electronic Case Filing
(ECF) on the May 27, 2026.

U.S. Trustee's Office                                   (ECF)
Howard H. Baker, Jr., U.S. Courthouse
800 Market Street Ste 114
Knoxville, TN 37902

Debra L. Miller                                          (ECF)
Chapter 13 Trustee
PO Box 59030
Knoxville, TN 37950

Gresha Wood                                            (US MAIL)
804 Olde Pioneer Trail, Apt. 151
Knoxville, TN 37923

Amy Dean Wilson                   (Via Email amywilson@edringtonteam.com)
BHHS J. Douglas Properties
412 S Northshore Drive
Knoxville, TN 379219

The Real Estate Firm                                    (US MAIL)
1537 Western Avenue
Knoxville, TN 37921

Crossland Title Inc.                                     (US MAIL)
10207 Technology Drive, Suite 103
Knoxville, TN 37932

Lakeview                                    (US MAIL)
c/o ServiceMac, LLC
P.O. Box 105178
Atlanta, GA 30348

See attached list of creditors              (US MAIL)

/s/ Joseph D. McReynolds
Jospeh D. McReynolds, #028229

Label Matrix for local noticing
0649-3
Case 3:24-bk-30117-SHB
Eastern District of Tennessee
Knoxville
Tue May 26 15:11:15 EDT 2026

Knoxville TVA Employees Credit Union
c/o Jason L. Rogers
P.O. Box 869
Knoxville, TN 37901-0869

3
United States Bankruptcy Court
Howard H. Baker Jr. U.S. Courthouse
Suite 330, 800 Market Street
Knoxville, TN 37902-2343

CMG Mortgage, Inc.
C/O Cenlar FSB
Attn: BK Department
425 Phillips Blvd.
Ewing, NJ 08618-1430

(p)CENLAR FSB
425 PHILLIPS BLVD
EWING NJ 08618-1430

Dept of Ed/ Nelnet
121 S. 13th Street
Lincoln, NE 68508-1904

Discover Bank Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jason Rogers
Hodges, Doughty & Carson, PLLC
PO Box 869
Knoxville, TN 37901-0869

Knoxville TVA Employees Credit Union
Attn: Bankruptcy Dept.
PO Box 36027
Knoxville, TN 37930-6027

Knoxville TVA Employees Credit Union
Attn: Corporate Officer /
Agent for Receiving Service
1409 Centerpoint Blvd.
Knoxville, TN 37932-1962

Lakeview Loan Servicing, LLC
9726 Old Bailes Road, Suite 200
Fort Mill, SC 29707-7882

Natalie Brown, Esq.
Rubin Lublin TN, PLLC
1661 International Drive, Suite 400
Memphis, TN 38120-1431

The Colonies Association, Inc.
c/o Realty Resource Systems
PO Box 51767
Knoxville, TN 37950-1767

The Colonies HOA
c/o Realty Resource Systems
PO Box 51767
Knoxville, TN 37950-1767

U.S. Department of Education c/o Nelnet
121 S 13th St
Lincoln, NE 68508-1911

UNIVERSITY ANESTHESIOLOGISTS, PLLC
C/O WAKEFIELD & ASSOCIATES LLC
PO BOX 51272
KNOXVILLE, TN  379501-1272

US Attorney General's Office
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

US Department of Education
Office of General Counsel
400 Maryland Avenue, SW
Washington, DC 20202-0001

United States Attorney's Office
Howard H. Baker Jr. U.S. Courthouse
800 Market Street, Suite 211
Knoxville, TN 37902-2342

United States Trustee
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902-2303

Casey Krein
Wallace Real Estate
9420 Northshore Drive
Ste. 101
Knoxville, TN 37922-6639

Debra L Miller
Office of the Chapter 13 Trustee
PO Box 59030
Knoxville, TN 37950-9030

Gresha Leigh Wood
804 Olde Pioneer Trail, Apt. #151
Knoxville, TN 37923-6217

Joseph David McReynolds
Clark & Washington PC
408 S. Northshore Drive
Knoxville, TN 37919-7542

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cenlar FSB
Attn: BK Department
425 Phillips Blvd.
Trenton, NJ 08618


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)CMG Mortgage, Inc.                    (u)Lakeview Loan Servicing, LLC            End of Label Matrix
                                                                                   Mailable recipients    24
                                                                                   Bypassed recipients     2
                                                                                   Total                  26